LAW OFFICES OF
# BARRY K. ROTHMAN

1901 AVENUE OF THE STARS
SUITE 370
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 557-0062
TELECOPIER: (310) 557-9080

Attorneys for Plaintiff Aza Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZA PRODUCTIONS, INC., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CARLY RAE JEPSEN, an individual; TAVISH CROWE, an individual; JOSH RAMSAY, an individual; SB PROJECTS; SCHOOLBOY RECORDS; 604 RECORDS, INC. A Canadian Corporation, SCOTT BRAUN, an individual; TUNECORE INC. A California Corporation and DOES 1-25<br><br>Defendants. | CASE NO. CV12-09602-MMM (PLAx)<br><br>STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SECTION 41(a) |

1
STIPULATION OF DISMISSAL

The Parties to the above captioned matter, Plaintiff Aza Productions, Inc. and Defendants Carly Rae Jepsen, SB Projects; Schoolboy Records; 604 Records, Inc. and Scott Braun, by and through their counsel, the Law Offices of Barry K. Rothman (for Plaintiff Aza Productions), David Steinberg of Mitchell Silberberg & Knupp LLP (for 604 Records, Inc. and Carly Rae Jepsen) and Linda Burrow of Caldwell Leslie & Proctor PC (for SB Projects, Schoolboy Records and Scott Braun) stipulate as follows:

1. This action is dismissed by the Plaintiff with prejudice and in its entirety.
2. The Parties agree that this dismissal is not, and may not be construed as, an adjudication on the merits of the above captioned action.
3. Each Party to bear its own attorney fees and costs.
4. This dismissal is made pursuant to F.R. Civ. P. 41(a)(1)(A)(ii).

LAW OFFICES OF BARRY K. ROTHMAN

By: _____  Date: 3/7/13

Barry K. Rothman, attorneys for Plaintiff, Aza Productions, Inc.

MITCHELL SILBERBERG & KNUPP LLP

By: _____  Date: 3/12/13
David Steinberg attorneys for 604 Records, Inc. and Carly Rae Jepsen

CALDWELL LESLIE AND PROCTOR PC

By: _____  Date: 3/12/13
Linda Burrow attorneys for SB Projects, Schoolboy Records and Scott Braun